CLD-275                                                                                September 7, 2012

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **12-3345**

LUIS CASTANEYRA-RIANO, Petitioner

VS.

ATTORNEY GENERAL OF THE UNITED STATES

(Agency No. A087-391-681)

Present:   RENDELL AND HARDIMAN, <u>Circuit</u> <u>Judges</u>

  Submitted are:

  (1)   Petitioner's motion to stay removal; and

  (2)   The Government's opposition to the Petitioner's motion to stay removal in the above-captioned case.

                                                     Respectfully,
                                                     Clerk

MMW/DLG/mlr

_____ORDER_____

  The foregoing motion to stay removal is granted. The petitioner has satisfied the standard for obtaining a stay of removal. <u>See</u> <u>Nken v. Holder</u>, 556 U.S. 418, 434 (2009).

  In addition to any other matters they wish to raise in their briefs, the parties should address whether the petitioner's conviction was for a crime involving moral turpitude. <u>See</u> <u>Matter of Serna</u>, 20 I. & N. Dec. 579 (B.I.A. 1992).

                                                     By the Court,

                                                     /s/ Thomas M. Hardiman
                                                     Circuit Judge

Dated: September 18, 2012
cc: Joseph M. Rollo, Esq.
    Timothy B. Stanton, Esq.



A True Copy:

Marcia M. Waldron, Clerk