OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 10, 2013

Christine M. Flowers Esq.
Keith I. McManus Esq.
Joseph M. Rollo Esq.
Joseph M. Rollo & Associates

RE: Luis Castaneyra-Riano v. Attorney General United States
Case Number: 12-3345
Agency Case Number: A087-391-681

Dear Counsel:

The panel requests **supplemental memoranda** in *Castaneyra-Riano v. Attorney General of the United States*, No. 12-3345. In this Court's order granting a stay of removal, this Court requested briefing from the parties on the question of whether the petitioner was convicted of a crime involving moral turpitude.  The petitioner's counsel did not brief this issue.  The Government considered the claim to be waived and did not address it either.

We request **supplemental memoranda** on two issues:

> (1) whether the petitioner was convicted of a crime involving moral turpitude, *see Matter of Serna*, 20 I. & N. Dec. 579 (B.I.A. 1992); and (2) whether the petitioner waived this issue by not raising it in his opening brief, and if the issue was waived, whether there exist "extraordinary circumstances" such that the waiver rule should yield here, *see United States v. Albertson*, 645 F.3d 191, 195 (3d Cir. 2011).

The memoranda no more than **ten pages** from both parties should be submitted on or before **April 24, 2013.**

Please file the responses to the Court's letter using the **"response event"** under the argument notices and acknowledgment category in CM/ECF.

Very truly yours,

Marcia M. Waldron, Clerk

By:

Carmen Hernandez, Calendar Clerk
267-299-4952