UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 24, 2013

<u>No. 12-3345</u>

Luis Castaneyra-Riano,
                Petitioner

v.

Attorney General
of the United States,
                Respondent

(Agency No. A087-391-681 )

Present:  SLOVITER, FUENTES and ROTH, <u>Circuit Judges</u>

    Respondent's Supplemental Memorandum and Unopposed Motion
    for Remand.

               Respectfully,
               Clerk/cmh

_____ORDER_____

The foregoing motion is granted.

               By the Court,

               /s/  Julio M. Fuentes
               Circuit Judge

Dated: May 1, 2013

mlr/cc: Christine M. Flowers, Esq.
      Joseph M. Rollo, Esq.
      Keith I. McManus, Esq.