OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 1, 2013

Christine M. Flowers, Esq.
Joseph M. Rollo & Associates
2527 South Broad Street2nd Floor
Philadelphia, PA 19148-4309

Keith I. McManus, Esq.
United States Department of JusticeOffice of Immigration Litigation, Civil Division
P.O. Box 848Ben Franklin Station
Washington, DC 20044

Joseph M. Rollo, Esq.
Joseph M. Rollo & Associates
2527 South Broad Street2nd Floor
Philadelphia, PA 19148-4309

RE: Luis Castaneyra-Riano v. Attorney General United States
Case Number: 12-3345
Agency Case Number: A087-391-681

ENTRY OF JUDGMENT

Today, **May 01, 2013** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment
45 days after entry of judgment in a civil case if the United States is a party

Page Limits:
15 pages
Attachments:
A copy of the panel's dispositive order only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: Maria, Case Manager
    267-299-4937